# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      We, Renuka Indukuri and Harish Varma Patchametla, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      We have reviewed a Complaint against Enphase Energy, Inc. ("Enphase" or the "Company") and authorize the filing of a lead plaintiff motion on our behalf.

3.      We did not purchase or acquire Enphase securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      We are willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Enphase securities during the class period, including providing testimony at deposition and trial, if necessary.  We understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of our current knowledge, the attached sheet (Schedule "A") lists all of our transactions in Enphase securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, we have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7.      We agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond our pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury that the foregoing is true and correct. Executed this day of ____8/17/2020_____.

DocuSigned by:

Renuka Indukuri

DocuSigned by:

Harish Varma Patchametla

Renuka Indukuri Harish Patchametla Accounts
Estimated Losses and Damages
Enphase Energy Inc.
Common Stock (CUSIP: 29355A107)
Relevant Period: February 26, 2019 - June 17, 2020

**Schedule A**

| Account | Transaction | Date | Price | | Shares | Total | |
|---|---|---|---|---|---|---|---|
| Renuka Indukuri | Purchase | 3/18/20 | $ | 22.80 | 1,000 | $ | 22,800.00 |
| Renuka Indukuri | Sale | 3/18/20 | $ | 24.30 | 1,000 | $ | 24,299.34 |
| Renuka Indukuri | Purchase | 4/14/20 | $ | 40.50 | 300 | $ | 12,150.00 |
| Renuka Indukuri | Sale | 4/14/20 | $ | 40.65 | 300 | $ | 12,194.70 |
| Renuka Indukuri | Purchase | 4/15/20 | $ | 39.08 | 300 | $ | 11,724.00 |
| Renuka Indukuri | Sale | 4/15/20 | $ | 39.05 | 20 | $ | 780.98 |
| Renuka Indukuri | Sale | 4/15/20 | $ | 39.03 | 280 | $ | 10,928.16 |
| Renuka Indukuri | Purchase | 5/27/20 | $ | 53.24 | 500 | $ | 26,620.00 |
| Renuka Indukuri | Purchase | 5/27/20 | $ | 53.30 | 500 | $ | 26,650.00 |
| Renuka Indukuri | Sale | 5/27/20 | $ | 54.93 | 800 | $ | 43,942.94 |
| Renuka Indukuri | Sale | 5/27/20 | $ | 54.92 | 100 | $ | 5,491.56 |
| Renuka Indukuri | Sale | 5/27/20 | $ | 54.91 | 100 | $ | 5,490.87 |
| Renuka Indukuri | Purchase | 6/8/20 | $ | 53.28 | 500 | $ | 26,640.00 |
| Renuka Indukuri | Purchase | 6/8/20 | $ | 53.32 | 500 | $ | 26,660.00 |
| Renuka Indukuri | Purchase | 6/8/20 | $ | 52.78 | 500 | $ | 26,390.00 |
| Renuka Indukuri | Purchase | 6/8/20 | $ | 52.45 | 500 | $ | 26,225.00 |
| Renuka Indukuri | Purchase | 6/8/20 | $ | 52.22 | 500 | $ | 26,110.00 |
| Renuka Indukuri | Purchase | 6/9/20 | $ | 51.64 | 500 | $ | 25,820.00 |
| Renuka Indukuri | Purchase | 6/10/20 | $ | 49.19 | 500 | $ | 24,592.50 |
| Renuka Indukuri | Purchase | 6/10/20 | $ | 48.82 | 500 | $ | 24,410.00 |
| Renuka Indukuri | Purchase | 6/10/20 | $ | 48.64 | 500 | $ | 24,320.00 |
| Renuka Indukuri | Purchase | 6/10/20 | $ | 47.94 | 500 | $ | 23,970.00 |
| Renuka Indukuri | Purchase | 6/11/20 | $ | 48.58 | 202 | $ | 9,813.14 |
| Renuka Indukuri | Purchase | 6/11/20 | $ | 48.10 | 500 | $ | 24,050.00 |
| Renuka Indukuri | Purchase | 6/11/20 | $ | 48.09 | 298 | $ | 14,330.82 |
| Renuka Indukuri | Purchase | 6/11/20 | $ | 47.57 | 500 | $ | 23,785.00 |
| Renuka Indukuri | Purchase | 6/12/20 | $ | 47.18 | 500 | $ | 23,590.00 |
| Renuka Indukuri | Purchase | 6/12/20 | $ | 47.80 | 200 | $ | 9,560.00 |
| Renuka Indukuri | Sale | 6/12/20 | $ | 48.72 | 1,000 | $ | 48,723.80 |

**Schedule A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri | Sale | 6/12/20 | $ | 48.76 | 400 | $ | 19,503.52 |
| Renuka Indukuri | Sale | 6/15/20 | $ | 49.30 | 500 | $ | 24,649.40 |
| Renuka Indukuri | Sale | 6/15/20 | $ | 50.31 | 500 | $ | 25,154.38 |
| Renuka Indukuri | Sale | 6/15/20 | $ | 50.35 | 300 | $ | 15,104.64 |
| Renuka Indukuri | Sale | 6/15/20 | $ | 50.37 | 100 | $ | 5,037.38 |
| Renuka Indukuri | Sale | 6/15/20 | $ | 50.37 | 200 | $ | 10,073.80 |
| Renuka Indukuri | Sale | 6/15/20 | $ | 50.37 | 700 | $ | 35,258.14 |
| Renuka Indukuri | Sale | 6/16/20 | $ | 55.01 | 500 | $ | 27,504.33 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 48.76 | 1,000 | $ | 48,760.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 46.03 | 500 | $ | 23,015.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 46.16 | 500 | $ | 23,080.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 44.41 | 500 | $ | 22,205.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 44.13 | 500 | $ | 22,065.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 42.86 | 500 | $ | 21,430.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 42.24 | 500 | $ | 21,120.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 40.60 | 500 | $ | 20,300.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 40.60 | 500 | $ | 20,300.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 40.60 | 500 | $ | 20,300.00 |
| Renuka Indukuri | Purchase | 6/17/20 | $ | 40.44 | 500 | $ | 20,220.00 |
| Renuka Indukuri | Sale | 6/17/20 | $ | 40.04 | 7,000 | $ | 280,307.98 |
| Renuka Indukuri | Sale | 6/17/20 | $ | 39.80 | 2,000 | $ | 79,598.01 |

| Account | Transaction | Date | Price | Shares | Total |
|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 34.41 | 100 | $ 3,440.50 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 34.69 | 100 | $ 3,469.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 34.69 | 100 | $ 3,469.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 34.69 | 100 | $ 3,469.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 34.67 | 100 | $ 3,467.43 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 37.19 | 100 | $ 3,719.13 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 36.24 | 500 | $ 18,121.30 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 36.14 | 500 | $ 18,070.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 36.00 | 500 | $ 18,000.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ 36.24 | 500 | $ 18,117.50 |

2

**Schedule A**

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 35.72 | 1,300 | $ 46,435.61 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 35.82 | 2,000 | $ 71,639.80 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 35.72 | 1,000 | $ 35,720.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 35.67 | 900 | $ 32,103.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 35.47 | 500 | $ 17,735.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 35.50 | 500 | $ 17,750.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 34.66 | 500 | $ 17,329.10 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 34.64 | 500 | $ 17,320.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 34.66 | 1,000 | $ 34,663.90 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 34.55 | 1,000 | $ 34,550.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/12/20 | $ | 34.50 | 1,000 | $ 34,500.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 36.90 | 100 | $ 3,689.91 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 36.89 | 100 | $ 3,688.91 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 36.86 | 100 | $ 3,685.91 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 36.78 | 300 | $ 11,033.75 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.84 | 600 | $ 21,503.45 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.83 | 1,400 | $ 50,160.86 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.36 | 100 | $ 3,535.91 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.34 | 500 | $ 17,669.55 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.29 | 500 | $ 17,644.55 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.35 | 200 | $ 7,069.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.91 | 2,000 | $ 71,818.17 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.24 | 100 | $ 3,524.41 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.21 | 1,900 | $ 66,897.48 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.34 | 50 | $ 1,766.95 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.26 | 850 | $ 29,970.24 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 35.16 | 1,000 | $ 35,159.10 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.51 | 1 | $ 34.51 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.50 | 845 | $ 29,151.76 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.44 | 154 | $ 5,303.62 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.41 | 100 | $ 3,441.41 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.40 | 340 | $ 11,695.70 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.38 | 260 | $ 8,938.57 |

3

**Schedule A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.37 | 300 | $ | 10,310.74 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.59 | 626 | $ | 21,652.79 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/12/20 | $ | 34.55 | 374 | $ | 12,921.37 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/13/20 | $ | 33.82 | 1,000 | $ | 33,820.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/13/20 | $ | 33.82 | 1,000 | $ | 33,820.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/13/20 | $ | 33.88 | 200 | $ | 6,775.10 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/13/20 | $ | 33.70 | 1,827 | $ | 61,568.50 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/13/20 | $ | 33.70 | 173 | $ | 5,829.95 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/13/20 | $ | 33.76 | 100 | $ | 3,375.92 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/13/20 | $ | 33.80 | 100 | $ | 3,379.92 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 26.53 | 500 | $ | 13,263.15 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 26.13 | 500 | $ | 13,065.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 26.13 | 500 | $ | 13,065.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 26.22 | 186 | $ | 4,876.92 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 26.30 | 314 | $ | 8,258.20 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 28.35 | 900 | $ | 25,515.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 28.41 | 100 | $ | 2,840.67 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/17/20 | $ | 28.41 | 500 | $ | 14,205.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/17/20 | $ | 26.76 | 500 | $ | 13,379.64 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/17/20 | $ | 26.80 | 500 | $ | 13,399.65 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/17/20 | $ | 27.94 | 500 | $ | 13,969.63 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/17/20 | $ | 28.47 | 500 | $ | 14,234.63 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/17/20 | $ | 28.42 | 1,497 | $ | 42,543.62 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/17/20 | $ | 28.41 | 3 | $ | 85.23 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 28.65 | 300 | $ | 8,595.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 28.53 | 300 | $ | 8,558.07 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 28.08 | 500 | $ | 14,037.50 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 27.96 | 500 | $ | 13,980.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 27.91 | 300 | $ | 8,373.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 27.14 | 1,000 | $ | 27,140.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.76 | 100 | $ | 2,676.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.74 | 100 | $ | 2,674.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.55 | 100 | $ | 2,655.00 |

**Schedule A**

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.55 | 100 | $ 2,655.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 1,000 | $ 26,300.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 100 | $ 2,630.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 100 | $ 2,630.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 100 | $ 2,630.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 100 | $ 2,630.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 300 | $ 7,890.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.30 | 500 | $ 13,150.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.24 | 500 | $ 13,120.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.26 | 500 | $ 13,130.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 26.14 | 500 | $ 13,070.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 24.00 | 1,000 | $ 24,000.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.99 | 1,000 | $ 23,990.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.27 | 100 | $ 2,327.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.27 | 1,900 | $ 44,212.81 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.28 | 2,000 | $ 46,560.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.31 | 700 | $ 16,317.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.30 | 1,300 | $ 30,289.61 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.27 | 2,000 | $ 46,540.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.79 | 591 | $ 14,059.83 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.78 | 300 | $ 7,135.32 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.91 | 2,000 | $ 47,819.80 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.88 | 2,000 | $ 47,762.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.84 | 2,000 | $ 47,680.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.81 | 200 | $ 4,762.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.89 | 2,000 | $ 47,780.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.78 | 5,000 | $ 118,900.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.74 | 2,000 | $ 47,480.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.72 | 2,000 | $ 47,440.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.69 | 2,000 | $ 47,380.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.54 | 1,000 | $ 23,540.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.83 | 1,000 | $ 23,825.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.85 | 1,000 | $ 23,850.00 |

**Schedule A**

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.83 | 1,000 | $   23,825.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/18/20 | $ | 23.38 | 1,000 | $   23,380.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.67 | 2,000 | $   49,338.87 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.71 | 569 | $   14,059.61 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.70 | 2,000 | $   49,398.68 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.71 | 2,000 | $   49,418.68 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.97 | 437 | $   10,911.61 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.88 | 1,994 | $   49,619.35 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.61 | 8,000 | $ 188,875.68 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.11 | 1,200 | $   28,931.24 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.10 | 1,100 | $   26,509.30 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.07 | 5,391 | $ 129,779.42 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.07 | 300 | $     7,220.81 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.06 | 100 | $     2,405.94 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.05 | 200 | $     4,810.07 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.05 | 100 | $     2,404.94 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.04 | 200 | $     4,807.87 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 24.03 | 500 | $   12,014.68 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.54 | 100 | $     2,353.94 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.51 | 100 | $     2,350.94 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.50 | 800 | $   18,799.50 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.49 | 200 | $     4,698.08 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.49 | 6,300 | $ 147,984.24 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.49 | 4,500 | $ 105,702.13 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.08 | 6 | $        138.48 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.07 | 400 | $     9,227.76 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/18/20 | $ | 23.06 | 3,594 | $   82,875.38 |
| Renuka Indukuri & Harish Patchametla | Purchase | 3/19/20 | $ | 21.77 | 2,000 | $   43,540.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/19/20 | $ | 22.32 | 75 | $     1,673.95 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/19/20 | $ | 22.30 | 105 | $     2,341.44 |
| Renuka Indukuri & Harish Patchametla | Sale | 3/19/20 | $ | 22.27 | 1,820 | $   40,530.28 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/1/20 | $ | 42.73 | 968 | $   41,362.06 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/1/20 | $ | 42.73 | 12 | $        512.75 |

6

## Schedule A

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 5/1/20 | $ | 42.73 | 20 | $ 854.50 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/1/20 | $ | 42.73 | 1,000 | $ 42,725.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/1/20 | $ | 42.73 | 1,000 | $ 42,729.90 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/1/20 | $ | 42.83 | 100 | $ 4,283.40 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/1/20 | $ | 42.83 | 413 | $ 17,688.36 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/1/20 | $ | 42.83 | 2,487 | $ 106,508.10 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.87 | 500 | $ 22,435.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.86 | 500 | $ 22,430.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.81 | 300 | $ 13,443.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.76 | 172 | $ 7,698.72 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.80 | 300 | $ 13,441.41 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.78 | 2 | $ 89.56 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.87 | 300 | $ 13,461.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.72 | 300 | $ 13,416.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.04 | 300 | $ 13,212.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/5/20 | $ | 44.01 | 300 | $ 13,203.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 44.79 | 1,000 | $ 44,788.99 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 44.48 | 200 | $ 8,896.78 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 44.48 | 200 | $ 8,895.98 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 44.48 | 800 | $ 35,583.69 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 44.46 | 174 | $ 7,735.85 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 43.96 | 274 | $ 12,045.01 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/5/20 | $ | 43.96 | 326 | $ 14,330.89 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/6/20 | $ | 47.96 | 2,000 | $ 95,920.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/6/20 | $ | 48.05 | 500 | $ 24,025.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/6/20 | $ | 47.67 | 500 | $ 23,835.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/6/20 | $ | 47.42 | 500 | $ 23,710.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/6/20 | $ | 48.44 | 500 | $ 24,219.41 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/6/20 | $ | 47.79 | 1,000 | $ 47,788.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/6/20 | $ | 47.89 | 1,000 | $ 47,888.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/6/20 | $ | 47.93 | 500 | $ 23,964.41 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/6/20 | $ | 48.01 | 500 | $ 24,004.41 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.30 | 1,000 | $ 56,300.00 |

7

**Schedule A**

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.31 | 500 | $ 28,155.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.08 | 500 | $ 28,040.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.05 | 500 | $ 28,025.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.66 | 500 | $ 28,330.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.42 | 500 | $ 28,210.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 56.91 | 2,000 | $ 113,820.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 57.13 | 500 | $ 28,565.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/13/20 | $ | 57.13 | 500 | $ 28,565.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.37 | 210 | $ 11,837.42 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.36 | 693 | $ 39,056.55 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.35 | 97 | $ 5,465.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.79 | 500 | $ 28,394.31 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.83 | 500 | $ 28,414.31 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.09 | 300 | $ 16,826.60 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.08 | 200 | $ 11,215.73 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.10 | 200 | $ 11,219.72 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.09 | 446 | $ 25,015.54 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.06 | 354 | $ 19,844.76 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.95 | 2,000 | $ 113,897.25 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/13/20 | $ | 56.77 | 1,000 | $ 56,768.73 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/14/20 | $ | 55.98 | 1,000 | $ 55,980.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 5/14/20 | $ | 55.87 | 1,000 | $ 55,870.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/14/20 | $ | 55.58 | 100 | $ 5,557.87 |
| Renuka Indukuri & Harish Patchametla | Sale | 5/14/20 | $ | 55.76 | 1,900 | $ 105,941.62 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/9/20 | $ | 51.77 | 1,000 | $ 51,770.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/9/20 | $ | 51.78 | 1,000 | $ 51,780.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/9/20 | $ | 51.72 | 500 | $ 25,860.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/9/20 | $ | 51.64 | 500 | $ 25,820.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/9/20 | $ | 52.18 | 3,000 | $ 156,536.48 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.80 | 1,000 | $ 49,800.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.70 | 1,000 | $ 49,700.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.66 | 1,000 | $ 49,657.60 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.66 | 500 | $ 24,830.00 |

8

**Schedule A**

| | | | | | | |
|---|---|---|---|---:|---|---:|
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.37 | 500 | $ 24,684.30 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.21 | 400 | $ 19,683.32 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.21 | 100 | $ 4,920.74 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.14 | 500 | $ 24,570.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.25 | 1,000 | $ 49,250.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.29 | 1,000 | $ 49,290.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.27 | 1,000 | $ 49,270.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.22 | 1,000 | $ 49,220.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.14 | 1,000 | $ 49,140.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.15 | 1,000 | $ 49,149.90 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.07 | 1,000 | $ 49,070.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.02 | 1,000 | $ 49,015.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.49 | 2,000 | $ 98,979.80 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.49 | 1,737 | $ 85,964.13 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.47 | 263 | $ 13,010.58 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.37 | 1,000 | $ 49,370.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.32 | 1,000 | $ 49,320.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.26 | 300 | $ 14,777.40 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.26 | 200 | $ 9,851.48 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.03 | 500 | $ 24,515.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.03 | 500 | $ 24,515.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.48 | 2,000 | $ 98,960.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.48 | 2,000 | $ 98,960.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.44 | 2,000 | $ 98,880.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.44 | 2,000 | $ 98,880.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/10/20 | $ | 49.44 | 2,000 | $ 98,880.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.59 | 5,000 | $ 247,944.42 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.40 | 1,000 | $ 49,398.80 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.01 | 100 | $ 4,900.88 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.00 | 1,800 | $ 88,199.64 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.00 | 5,100 | $ 249,894.38 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.29 | 6,701 | $ 330,284.20 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.28 | 799 | $ 39,377.76 |

**Schedule A**

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.39 | 1,500 | $ 74,083.33 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.39 | 498 | $ 24,595.63 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.38 | 700 | $ 34,565.16 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.37 | 684 | $ 33,768.25 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.36 | 750 | $ 37,019.09 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/10/20 | $ | 49.35 | 5,868 | $ 289,578.71 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 45.50 | 500 | $ 22,749.90 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 45.30 | 50 | $ 2,265.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 45.79 | 18 | $ 824.22 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 45.50 | 196 | $ 8,918.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 46.05 | 1 | $ 46.05 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 46.25 | 1,000 | $ 46,245.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 47.01 | 1,000 | $ 47,010.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 47.20 | 1,000 | $ 47,200.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 47.26 | 131 | $ 6,191.06 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 47.44 | 1,000 | $ 47,439.90 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/11/20 | $ | 48.46 | 500 | $ 24,230.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 47.84 | 1,000 | $ 47,843.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 47.94 | 1,000 | $ 47,938.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 47.98 | 1,000 | $ 47,978.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 47.98 | 1,000 | $ 47,978.82 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 48.19 | 200 | $ 9,637.77 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 48.18 | 696 | $ 33,532.46 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 48.30 | 100 | $ 4,829.88 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 48.28 | 100 | $ 4,827.88 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/11/20 | $ | 48.27 | 300 | $ 14,481.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 50.82 | 1,000 | $ 50,820.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 50.58 | 1,000 | $ 50,580.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 50.27 | 500 | $ 25,133.20 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 50.20 | 500 | $ 25,100.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 50.15 | 500 | $ 25,075.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 49.67 | 500 | $ 24,835.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 49.52 | 500 | $ 24,760.00 |

## Schedule A

| | | | | | | |
|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 49.43 | 500 | $ 24,715.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 48.87 | 399 | $ 19,499.09 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 48.86 | 101 | $ 4,934.86 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 48.36 | 500 | $ 24,180.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 48.19 | 400 | $ 19,276.76 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 48.19 | 100 | $ 4,819.03 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 47.39 | 500 | $ 23,693.45 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 45.91 | 1,000 | $ 45,910.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 45.22 | 1,000 | $ 45,220.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 40.31 | 2,000 | $ 80,620.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 40.58 | 2,000 | $ 81,160.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 40.62 | 2,000 | $ 81,240.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 40.30 | 2,000 | $ 80,600.00 |
| Renuka Indukuri & Harish Patchametla | Purchase | 6/17/20 | $ | 40.29 | 2,000 | $ 80,580.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.07 | 9,000 | $ 360,665.96 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.34 | 300 | $ 12,101.70 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.33 | 200 | $ 8,066.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.33 | 500 | $ 20,164.50 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.09 | 1,000 | $ 40,088.99 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.92 | 1,000 | $ 39,921.80 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.89 | 1,000 | $ 39,894.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.91 | 100 | $ 3,991.40 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.91 | 900 | $ 35,918.10 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.09 | 1,000 | $ 40,089.09 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.00 | 400 | $ 16,001.61 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.00 | 200 | $ 8,000.00 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.00 | 400 | $ 15,999.60 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 40.09 | 600 | $ 24,053.40 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.27 | 426 | $ 16,728.61 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.26 | 1,374 | $ 53,948.76 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.25 | 200 | $ 7,849.81 |
| Renuka Indukuri & Harish Patchametla | Sale | 6/17/20 | $ | 39.24 | 400 | $ 15,695.60 |

11