Whitney E. Street (CA Bar No. 223870)
**BLOCK & LEVITON LLP**
100 Pine Street Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-1852
Fax: (617) 507-6020
whitney@blockleviton.com

Attorneys for Movant Gregory A. Hurst

[Additional counsel listed on signature block.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GREGORY A. HURST, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and ERIC BRANDERIZ, <br><br> Defendants. | No. 5:20-cv-04036-BLF <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STATEMENT OF LEAD PLAINTIFF MOVANTS** <br><br> The Hon. Beth L. Freeman |

Pursuant to the Court's request at yesterday's hearing on the competing Lead Plaintiff Motions of Gregory A. Hurst (ECF No. 12) and Harish Varma Patchametla and Renuka Indukuri (ECF No. 17), the parties state as follows:

At the close of trading on June 16, 2020, movants Patchametla and Indukuri held 3,000 shares of Enphase Energy, Inc. common stock.

October 16, 2020                        Respectfully submitted,


/s/ Jacob A. Walker
Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

Whitney E. Street (CA Bar No. 223870)
**BLOCK & LEVITON LLP**
100 Pine Street Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-1852
Fax: (617) 507-6020
whitney@blockleviton.com

*Attorneys for Lead Plaintiff Movant Gregory Hurst*

/s/ Ivy T. Ngo
Ivy T. Ngo (CA Bar No. 249860)
Velvel (Devin) Freedman (*pro hac vice forthcoming*)
Constantine P. Economides (*pro hac vice forthcoming*)
**ROCHE CYRULNIK FREEDMAN LLP**
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Email: ingo@rcfllp.com
Email: vel@rcfllp.com
Email: ceconomides@rcfllp.com

Kyle Roche (*pro hac vice forthcoming*)
Jason Cyrulnik (*pro hac vice forthcoming*)

99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: kyle@rcfllp.com
Email: jcyrulnik@rcfllp.com

*Counsel for Lead Plaintiff Movants Harish Varma Patchametla and Renuka Indukuri*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Movants Harish Varma Patchametla and Renuka Indukuri*

## ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned confirms that he obtained the concurrence in the filing of the above document from the signatories listed above.

/s/ Jacob A. Walker
Jacob A. Walker