LATHAM & WATKINS LLP
   Matthew Rawlinson (SBN 231890)
   Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600
*matt.rawlinson@lw.com*
*daniel.gherardi@lw.com*

   Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone:  +1.714.540.1235
Facsimile:   +1.714.755.8290
*michele.johnson@lw.com*

   Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone:  +1.858.523.5400
Facsimile:   +1.858.523.5450
*colleen.smith@lw.com*

   Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  +1.415.391.0600
Facsimile:   +1.415.395.8095
*gavin.masuda@lw.com*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GREGORY A. HURST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and ERIC BRANDERIZ,<br><br>Defendants. | CASE NO.  5:20-cv-04036-BLF<br><br>**DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing:      July 29, 2021<br>Time:         9:00 a.m.<br>Location:     Courtroom 3 – 5th Floor<br><br>Hon. Beth Labson Freeman |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

GHERARDI DECL. ISO
MOTION TO DISMISS
CASE NO. 5:20-CV-04036-BLF

1.    I, Daniel R. Gherardi, declare as follows:

2.    I am an associate with the law firm Latham & Watkins LLP and am counsel for Defendants Enphase Energy, Inc. ("Enphase" or the "Company"), Badrinarayanan Kothandaraman, and Eric Branderiz (together, with the Company, "Defendants"), in the above-captioned litigation.

3.    I am a member in good standing with the State Bar of California and I am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

4.    I respectfully submit this declaration in support of Defendants' Motion to Dismiss Lead Plaintiff Gregory Hurst's Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion to Dismiss").

5.    Attached hereto as **Exhibit A** is a true and correct copy of Enphase's annual report on Form 10-K for fiscal year 2019, which was publicly filed with the United States Securities and Exchange Commission ("SEC") on February 21, 2020 and is available on the SEC's public website at www.sec.gov/edgar.

6.    Attached hereto as **Exhibit B** is a true and correct copy of Enphase's annual report on Form 10-K for fiscal year 2018, which was publicly filed with the SEC on March 15, 2019 and is available on the SEC's public website at www.sec.gov/edgar.

7.    Attached hereto as **Exhibit C** is a true and correct copy of Enphase's definitive proxy statement on Schedule 14A, which was publicly filed with the SEC on April 2, 2018 and is available on the SEC's public website at www.sec.gov/edgar.

8.    Attached hereto as **Exhibit D** is a true and correct copy of Enphase's annual report on Form 10-K for fiscal year 2020, which was publicly filed with the SEC on February 16, 2021 and is available on the SEC's public website at www.sec.gov/edgar.

9.    Attached hereto as **Exhibit E** is a true and correct copy of a report by Prescience Point Capital Management ("Prescience") discussing Enphase dated July 25, 2018, which is publicly available on Prescience's website at https://www.presciencepoint.com/research/research-archives/enphase-energy/.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

1

GHERARDI DECL. ISO
MOTION TO DISMISS
CASE NO. 5:20-CV-04036-BLF

10.    Attached hereto as **Exhibit F** is a true and correct copy of a report by Prescience discussing Enphase dated August 15, 2018, which is publicly available at https://www.presciencepoint.com/research/research-archives/enphase-energy-enph-update/.

11.    Attached hereto as **Exhibit G** is a true and correct copy of the historical stock price for Enphase common stock from September 6, 2017 to January 22, 2021, which is publicly available at https://finance.yahoo.com/quote/ENPH/.  For the Court's convenience, Defendants have also provided a visual representation of the stock price of Enphase's common stock between September 6, 2017 to January 22, 2021, with notations of certain dates mentioned in Defendants' Motion to Dismiss.

12.    Attached hereto as **Exhibit H** is a true and correct copy of a Form 4 discussing stock trades by Eric Branderiz dated June 5, 2020, which is available on the SEC's public website at www.sec.gov/edgar.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities, and that I executed this Declaration on February 19, 2021 in Menlo Park, California.

By:    ___/s/  *Daniel R. Gherardi*___
Daniel R. Gherardi

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

GHERARDI DECL. ISO
MOTION TO DISMISS
CASE NO. 5:20-CV-04036-BLF