# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GREGORY A. HURST,<br><br>    Plaintiff,<br><br>    v.<br><br>ENPHASE ENERGY, INC., et al.,<br><br>    Defendants. | Case No.  20-cv-04036-BLF<br><br>**JUDGMENT** |

Plaintiff's First Amended Complaint having been dismissed with leave to amend and Plaintiff having filed a notice of intent not to file an amended complaint,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: October 18, 2021

_____
BETH LABSON FREEMAN
United States District Judge